IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>TANNER HAMES,<br><br>    Defendant<br><br>and<br><br>KAYIA HENDRICKSON,<br><br>    Defendant-Intervenor. | CV 20–130–M–DWM<br><br>ORDER |

  Kyia Hendrickson having moved unopposed to intervene as a party-defendant,

  IT IS ORDERED that Hendrickson's motion (Doc. 12) is GRANTED. *See* Fed. R. Civ. P. 24(a).

  IT IS FURTHER ORDERED that Hendrickson shall file a response to the plaintiff's motion for summary judgment by February 26, 2021.

1

IT IS FURTHER ORDERED that the caption shall be amended as reflected above.

DATED this 5th day of February, 2021.

                                                                _____
                                                                Donald W. Molloy, District Judge
                                                                United States District Court