IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TANNER HOMES,<br><br>　　　　Defendant,<br><br>and<br><br>KYIA HENDRICKSON,<br><br>　　　　Defendant-Intervenor. | CV 20-130-M-DWM<br><br>JUDGMENT |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff State Farm Mutual Automobile Insurance Company in accordance with the Court's Order. Defendant-Intervenor Hendrickson's motion is denied and this action is closed.

　　　　Dated this 29th day of June, 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Nicole Stephens
　　　　　　　　　　　　　　Nicole Stephens, Deputy Clerk